ROIB:cr

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20985-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

**v.**

**JAMIN CORDOBA-RENGIFO, et al.,**

      **Defendant.**

**NOTICE OF APPEARANCE**

The United States, by and through the undersigned Assistant United States Attorney Richard O.I. Brown, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY:   /s/*Richard O.I.Brown*
        RICHARD O.I. BROWN
        Assistant United States Attorney
        500 S. Australian Ave., Suite 400
        West Palm Beach, Florida 33401
        Tele: 561-209-1053
        Fax: 561-655-9785
        Email: richard.brown@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Richard O.I.Brown*
RICHARD O.I. BROWN
ASSISTANT UNITED STATES ATTORNEY